IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ELIJAH S. HARRIS,                          )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )          Case No. CIV-25-1541-PRW
                                           )
CADDO COUNTY SHERIFF'S                     )
DEPARTMENT, et al.,                        )
                                           )
          Defendants.                      )

## ORDER

On February 2, 2026, United States Magistrate Judge Amanda Maxfield issued a Report and Recommendation (Dkt. 5) in this action, in which she recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff Elijah S. Harris's failure to comply with the Court's orders. Judge Maxfield advised Plaintiff of his right to object to the Report and Recommendation by February 23, 2026, in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2), and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Plaintiff has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 5) in full and **DISMISSES** the case **WITHOUT PREJUDICE**.

---

[1] *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

**IT IS SO ORDERED** this 20th day of May 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE